1  Stephen R. Hackett, Esq.
   Nevada Bar No.: 5010
2  Johnathon Fayeghi, Esq.
   Nevada Bar No.: 12736
3  David B. Barney, Esq.
   Nevada Bar No.: 14681
4  SKLAR WILLIAMS PLLC
   410 South Rampart Boulevard, Suite 350
5  Las Vegas, NV  89145
   Telephone: (702) 360-6000
6  Facsimile: (702) 360-0000
7  Email:  shackett@sklar-law.com
            jfayeghi@sklar-law.com
8           dbarney@sklar-law.com
9  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIE WYNN, KIMBERLY EBRAHIMI, KATHERINE GAMBILL, EMILY BELTRAN, ERIN MIYASHIRO, JOHNATHAN TAITANO, and VALERIE HART Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEO J. CAPOBIANCO; DOCTORS CENTER AT RED ROCK (CAPOBIANCO), PLLC; and LEO J. CAPOBIANCO, DO, LTD;<br><br>Defendants. | CASE NO.: 2:24-cv-01254-JCM-NJK<br><br>**ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Natalie Wynn, Kimberly Ebrahimi, Katherine Gambill, Emily Beltran, Erin Miyashiro, Johnathan Taitano, and Valerie Hart (collectively, "Plaintiffs"), through their undersigned counsel of record and Defendants Leo J. Capobianco, Doctors Center at Red Rock (Capobianco), PLLC and Leo J. Capobianco, DO, LTD (collectively, "Defendants"), through their undersigned counsel of record, as follows:

1. On July 25, 2024, Plaintiffs filed their First Amended Complaint (the "Amended Complaint") against Defendants. ECF 6

2. On or about August 1, 2024, Plaintiffs served the Summons and Amended Complaint on Defendants. ECF 10 and defendants acknowledge proper service of the same.

3. Defendants were unable to retain counsel to respond to the Amended Complaint until August 16, 2024.

4. Accordingly, pursuant to LR IA 6-1(a), the Parties wish to extend the deadline for Defendants to file a responsive pleading to the Amended Complaint until September 13, 2024 in order to allow Defendants' counsel to adequately investigate the facts and prepare a responsive pleading.

5. For these reasons, the Parties stipulate and agree that Defendants shall have up to and including September 13, 2024, within which to file their response to Plaintiffs' Amended Complaint.

6. No discovery deadlines or dates for trial have been set.

7. This is the Parties' first request to extend Defendants' responsive pleading deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. This stipulation is brought in good faith by the Parties and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 29th day of August, 2024.

LEON GREENBERG PROFESSINAL CORPORATION

*/s/ Leon Greenberg*
Leon Greenberg, Esq.
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No. 15904
1811 South Rainbow Blvd, Suite 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
*Attorneys for Plaintiffs*

DATED this 29th day of August, 2024.

SKLAR WILLIAMS PLLC

*/s/ Johnathon Fayeghi*
Stephen R. Hackett, Esq.
Nevada Bar No. 5010
Johnathon Fayeghi, Esq.
Nevada Bar No. 12736
David B. Barney, Esq.
Nevada Bar No. 14681
410 S. Rampart Blvd., Ste. 350
Las Vegas, NV 89145
shackett@sklar-law.com
jfayeghi@sklar-law.com
dbarney@sklar-law.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____August 30, 2024_____