UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NATALIE WYNN, *et al.*,

    Plaintiffs,

v.

LEO CAPOBIANCO, *et al.*,

    Defendants.

Case No.: 2:24-cv-01254-JCM-NJK

**Order**

[Docket No. 20]

Pending before the Court is the parties' stipulation to stay case and all discovery deadlines for 30 days. Docket No. 20.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).[1]

A request to extend case management deadlines must provide a "statement specifying the discovery completed." Local Rule 26-3. To allow the Court to make a proper determination of whether the parties have been diligent throughout the discovery period, this statement must include the dates on which all discovery occurred. Such information is absent here. *See* Docket No. 20.

The stipulation seeks relief because "the parties are currently engaged in substantial discussions about settlement…those settlement prospects will be enhanced by allowing counsel to concentrate on those settlement discussions instead of requiring them to complete the pre-trial work." Docket No. 20 at 2. Settlement discussions are a common aspect of federal litigation and

---

[1] That a request is jointly submitted "neither mandates allowance of the extension sought nor exempts parties from making the necessary showings to justify that relief. Failure to provide such showings may result in denial of a stipulated request to extend the case management deadlines." *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022).

1

it is well-settled that the existence of such discussions is not good cause to modify the scheduling order. *Williams*, 627 F. Supp. 3d at 1181. The Court is not inclined to modify the case management schedule simply because settlement is being discussed.

Accordingly, the Court **DENIES** without prejudice the stipulation to stay the case management deadlines for 30 days. Docket No. 20. Any renewed request must include discussion of the pertinent considerations.

IT IS SO ORDERED.

Dated: April 17, 2025

Nancy J. Koppe
United States Magistrate Judge