Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
Johnathon Fayeghi, Esq.
Nevada Bar No.: 12736
David B. Barney, Esq.
Nevada Bar No.: 14681
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: shackett@sklar-law.com
       jfayeghi@sklar-law.com
       dbarney@sklar-law.com
*Attorneys for Defendants*
*Leo J. Capobianco, Doctors Center*
*At Red Rock (Capobianco), PLLC, and*
*Leo J. Capobianco, DO, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE WYNN, KIMBERLY EBRAHIMI, KATHERINE GAMBILL, EMILY BELTRAN, ERIN MIYASHIRO, JOHNATHAN TAITANO, and VALERIE HART, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEO J. CAPOBIANCO; DOCTORS CENTER AT RED ROCK (CAPOBIANCO), PLLC; and LEO J. CAPOBIANCO, DO, LTD;<br><br>Defendants. | CASE NO.: 2:24-CV-01254-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs NATALIE WYNN, KIMBERLY EBRAHIMI, KATHERINE GAMBILL, EMILY BELTRAN, ERIN MIYASHIRO, JOHNATHAN TAITANO, AND VALERIE HART (collectively, "Plaintiffs") and Defendants LEO J. CAPOBIANCO, DOCTORS CENTER AT RED ROCK (CAPOBIANCO), PLLC, and LEO J. CAPOBIANCO, DO, LTD. (collectively, "Defendants"),

1

by and through their undersigned counsel, as follows:

1. That the above-captioned action is dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Neither party shall be entitled to, nor shall seek, an award of costs, disbursements or fees, including attorneys' fees, from the other party with respect to this action.

3. This Stipulation has been made pursuant to the terms of the Settlement Agreements between the parties dated as of June 2, 2025, June 3, 2025 and June 12, 2025.

4. A signature on this Stipulation transmitted by electronic means shall have the same effect as an original signature.

Dated:  June 30, 2025

LEON GREENBERG PROFESSIONAL CORPORATION

*/s/ Ruthann Devereaux-Gonzalez*
Leon Greenberg, Esq.
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No. 15904
1811 South Rainbow Blvd., Suite 210
Las Vegas, Nevada 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

Dated:  June 30, 2025

SKLAR WILLIAMS PLLC

*/s/ Johnathon Fayeghi*
Stephen R. Hackett, Esq.
Nevada Bar No. 5010
Johnathon Fayeghi, Esq.
Nevada Bar No. 12736
David B. Barney, Esq.
Nevada Bar No. 14681
410 S. Rampart Blvd., Ste 350
Las Vegas, Nevada 89145
shackett@sklar-law.com
jfayeghi@sklar-law.com
dbarney@sklar-law.com

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 2, 2025

2